## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | Case No. 2:15-cv-1124-AJS |
| v. | |
| THE PEP BOYS – MANNY, MOE & JACK, | |
| Defendant. | Filed Electronically |

## NOTICE OF VOLUNTARY DISMISSAL

Having reached a settlement of all his claims asserted against Defendant The Pep Boys – Manny, Moe & Jack in this action, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Robert Jahoda hereby voluntarily dismisses this action with prejudice.

Respectfully submitted,

/s/ Benjamin J. Sweet
R. Bruce Carlson
Benjamin J. Sweet
Stephanie Goldin
CARLSON LYNCH SWEET &
KILPELA LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
bcarlson@carlsonlynch.com
bsweet@carlsonlynch.com
sgoldin@carlsonlynch.com

Attorneys for Plaintiff