# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT JAHODA,

        Plaintiff,

v.

THE PEP BOYS – MANNY, MOE & JACK,

        Defendant.

Case No. 2:15-cv-1124-AJS

Filed Electronically

## NOTICE OF VOLUNTARY DISMISSAL

Having reached a settlement of all his claims asserted against Defendant The Pep Boys –

Manny, Moe & Jack in this action, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Robert

Jahoda hereby voluntarily dismisses this action with prejudice.

Respectfully submitted,

/s/ Benjamin J. Sweet

R. Bruce Carlson
Benjamin J. Sweet
Stephanie Goldin
CARLSON LYNCH SWEET &
KILPELA LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
bcarlson@carlsonlynch.com
bsweet@carlsonlynch.com
sgoldin@carlsonlynch.com

Attorneys for Plaintiff

this 13th

day of Oct, 20 15.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE